# EXHIBIT 1

# United States of America
## United States Patent and Trademark Office

# B.Duck

**Reg. No. 4,912,358**
**Registered Mar. 8, 2016**
**Int. Cls.: 28 and 35**

**TRADEMARK**
**SERVICE MARK**
**PRINCIPAL REGISTER**



*Michelle K. Lee*
Director of the United States
Patent and Trademark Office

SEMK PRODUCTS LIMITED (HONG KONG LIMITED COMPANY (LTD.))
15/F, BLOCK B2, HANG WAI INDUSTRIAL CTR.
KIN TAI STREET, TUEN MUN
NEW TERRITORIES, HONG KONG

FOR: TOYS, NAMELY, ELECTRONIC ACTION TOYS, STUFFED TOYS, CUDDLY TOYS IN THE NATURE OF ARTIFICIAL PLUSH ANIMAL TOYS, TOY PISTOLS, TOY BUILDING BLOCKS, DOLLS, DOLLS' BEDS, DOLLS' CLOTHES, DOLLS' HOUSES, RADIO-CONTROLLED TOY VEHICLES, TOY CARS, PLUSH TOYS, TOYS INCORPORATING MONEY BOXES, TOYS BALLOONS, TOY MASKS, MODELED PLASTIC TOY FIGURINES; ATTACHABLE WEARABLE, MAGNETIC TOY FIGURINES; GAMES, NAMELY, CARD GAMES, BOARD GAMES, BUILDING GAMES, CHECKERS GAMES, CHESS GAMES, BALLS FOR GAMES, MARBLES FOR GAMES, HANDHELD BATTERY POWERED COMPUTER GAMES WITH LCD SCREENS; PLAYTHINGS, NAMELY, MAGIC TRICKS, JIGSAW PUZZLES, KALEIDOSCOPES, KITE REELS, KITES; NOVELTIES FOR PARTIES, NAMELY, CONICAL PAPER PARTY HATS, PAPER PARTY FAVORS; CHRISTMAS TREE DECORATIONS; GYMNASTIC APPARATUS; SWIMMING BELTS; SWIMMING JACKETS; SWIMMING FLOATS; SWIMMING FLIPPERS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 1-0-2010; IN COMMERCE 7-0-2013.

FOR: THE BRINGING TOGETHER, FOR THE BENEFIT OF OTHERS, OF A VARIETY OF GOODS, ENABLING CUSTOMERS TO CONVENIENTLY VIEW AND PURCHASE THOSE GOODS IN THE FIELD OF STATIONERY ARTICLES, CARDS, BOOKS, PHOTOGRAPHS, TOYS AND PLAYTHINGS, HOUSEHOLD PRODUCTS, HOUSEHOLD CLEANING DEVICES, KITCHENWARE, COOKING UTENSILS AND CUTLERY, BRUSHWARE, CLOCKS AND WATCHES, JEWELRY, CHRISTMAS DECORATIONS, CLOTHING, FOOTWEAR AND HEADGEAR, CLOTHING ACCESSORIES, KITCHEN UTENSILS AND CONTAINERS, SMALL DOMESTIC UTENSILS AND CONTAINERS, LEATHER AND IMITATED LEATHER GOODS, LUGGAGE, BAGS, UMBRELLAS, COMPUTER EQUIPMENT AND PERIPHERALS, MOBILE PHONE ACCESSORIES, AUDIO AND VISUAL APPARATUS AND INSTRUMENTS, LIGHTING APPLIANCES AND FIXTURES, ELECTRICAL AND ELECTRONIC APPLIANCES, DOMESTIC APPLIANCES, BATHROOM UTENSILS AND CONTAINERS, FURNITURE, MIRRORS, HOME ENTERTAINMENT PRODUCTS, BEDDINGS, CUSHIONS, TEXTILE TOWELS, TOILETRIES, CANDIES, FOODSTUFFS, CALCULATING MACHINES; THE BRINGING TOGETHER, FOR THE BENEFIT OF OTHERS, OF A VARIETY OF GOODS AND SERVICES, ENABLING CUSTOMERS TO CONVENIENTLY VIEW AND PURCHASE THOSE

**Reg. No. 4,912,358** GOODS AND SERVICES FROM AN INTERNET WEB SITE PARTICULARLY SPECIALIZING IN THE MARKETING OF THE SALE OF GOODS AND SERVICES OF OTHERS; WHOLESALE AND RETAIL STORE SERVICES FEATURING STATIONERY ARTICLES, CARDS, BOOKS, PHOTOGRAPHS, TOYS AND PLAYTHINGS, HOUSEHOLD PRODUCTS, HOUSEHOLD CLEANING DEVICES, KITCHENWARE, COOKING UTENSILS AND CUTLERY, BRUSHWARE, CLOCKS AND WATCHES, JEWELRY, CHRISTMAS DECORATIONS, CLOTHING, FOOTWEAR AND HEADGEAR, CLOTHING ACCESSORIES, KITCHEN UTENSILS AND CONTAINERS, SMALL DOMESTIC UTENSILS AND CONTAINERS, LEATHER AND IMITATED LEATHER GOODS, LUGGAGE, BAGS, UMBRELLAS, COMPUTER EQUIPMENT AND PERIPHERALS, MOBILE PHONE ACCESSORIES, AUDIO AND VISUAL APPARATUS AND INSTRUMENTS, LIGHTING APPLIANCES AND FIXTURES, ELECTRICAL AND ELECTRONIC APPLIANCES, DOMESTIC APPLIANCES, BATHROOM UTENSILS AND CONTAINERS, FURNITURE, MIRRORS, HOME ENTERTAINMENT PRODUCTS, BEDDINGS, CUSHIONS, TEXTILE TOWELS, TOILETRIES, CANDIES, FOODSTUFFS, CALCULATING MACHINES; SALES PROMOTION SERVICES FOR THIRD PARTIES; ADVERTISING SERVICES, NAMELY, DIRECT MAIL ADVERTISING, DISSEMINATION OF ADVERTISING MATTER, RENTAL OF ADVERTISING SPACES, ON-LINE ADVERTISING ON COMPUTER NETWORK; PUBLICATION OF PUBLICITY TEXTS; BUSINESS MANAGEMENT AND CONSULTANCY SERVICES; COMMERCIAL AND INDUSTRIAL MANAGEMENT ASSISTANCE; ORGANISATION OF EXHIBITIONS AND TRADE FAIRS FOR COMMERCIAL AND ADVERTISING PURPOSES; WINDOW DISPLAY ARRANGEMENT SERVICES; PROMOTION AND MARKETING SERVICES AND RELATED CONSULTING; DEMONSTRATION OF GOODS FOR PROMOTIONAL OR ADVERTISING PURPOSES; IMPORT-EXPORT AGENCIES; SHOP WINDOW DRESSING; RETAIL DEPARTMENTAL STORE; COMMERCIAL ADMINISTRATION OF LICENSING OF THE GOODS AND SERVICES OF OTHERS; BUSINESS MANAGEMENT ADVISORY SERVICES RELATING TO FRANCHISING; PROVISION OF BUSINESS ASSISTANCE IN THE OPERATION AND ESTABLISHMENT OF FRANCHISE; FRANCHISE SERVICES, NAMELY, OFFERING BUSINESS MANAGEMENT ASSISTANCE IN THE ESTABLISHMENT AND OPERATION OF RETAIL OUTLETS AND ON-LINE RETAIL GIFT SHOPS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 1-0-2010; IN COMMERCE 7-0-2013.

OWNER OF HONG KONG REG. NO. 301767060, DATED 11-18-2010, EXPIRES 11-18-2020.

OWNER OF HONG KONG REG. NO. 303235275, DATED 12-15-2014, EXPIRES 12-15-2024.

THE MARK CONSISTS OF THE STYLIZED LETTERS "B.DUCK" WITH BUBBLES ABOVE THE LETTERS. THE LETTER "C" FORMS THE DESIGN OF A DUCK HEAD.

SER. NO. 86-548,171, FILED 2-27-2015.

HEATHER THOMPSON, EXAMINING ATTORNEY

# United States of America
### United States Patent and Trademark Office



Reg. No. 4,897,482
Registered Feb. 9, 2016
Int. Cls.: 28 and 35

**TRADEMARK**
**SERVICE MARK**
**PRINCIPAL REGISTER**



*Michelle K. Lee*
Director of the United States
Patent and Trademark Office

SEMK PRODUCTS LIMITED (HONG KONG LIMITED COMPANY (LTD.))
15/F, BLOCK B2, HANG WAI INDUSTRIAL CTR.
KIN TAI STREET, TUEN MUN
NEW TERRITORIES, HONG KONG

FOR: TOYS, NAMELY, ELECTRONIC ACTION TOYS, STUFFED TOYS, CUDDLY TOYS IN THE NATURE OF ARTIFICIAL PLUSH ANIMAL TOYS, TOY PISTOLS, TOY BUILDING BLOCKS, DOLLS, DOLLS' BEDS, DOLLS' CLOTHES, DOLLS' HOUSES, RADIO-CONTROLLED TOY VEHICLES, TOY CARS, PLUSH TOYS, TOYS INCORPORATING MONEY BOXES, TOYS BALLOONS, TOY MASKS, MODELED PLASTIC TOY FIGURINES; ATTACHABLE WEARABLE, MAGNETIC TOY FIGURINES; GAMES, NAMELY, CARD GAMES, BOARD GAMES, BUILDING GAMES, CHECKERS GAMES, CHESS GAMES, BALLS FOR GAMES, MARBLES FOR GAMES, HANDHELD BATTERY POWERED COMPUTER GAMES WITH LCD SCREENS; PLAYTHINGS, NAMELY, MAGIC TRICKS, JIGSAW PUZZLES, KALEIDOSCOPES, KITE REELS, KITES; NOVELTIES FOR PARTIES, NAMELY, CONICAL PAPER PARTY HATS, PAPER PARTY FAVORS; CHRISTMAS TREE DECORATIONS; GYMNASTIC APPARATUS; SWIMMING BELTS; SWIMMING JACKETS; SWIMMING FLOATS; SWIMMING FLIPPERS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FOR: THE BRINGING TOGETHER, FOR THE BENEFIT OF OTHERS, OF A VARIETY OF GOODS, ENABLING CUSTOMERS TO CONVENIENTLY VIEW AND PURCHASE THOSE GOODS IN THE FIELD OF STATIONERY ARTICLES, CARDS, BOOKS, PHOTOGRAPHS, TOYS AND PLAYTHINGS, HOUSEHOLD PRODUCTS, HOUSEHOLD CLEANING DEVICES, KITCHENWARE, COOKING UTENSILS AND CUTLERY, BRUSHWARE, CLOCKS AND WATCHES, JEWELRY, CHRISTMAS DECORATIONS, CLOTHING, FOOTWEAR AND HEADGEAR, CLOTHING ACCESSORIES, KITCHEN UTENSILS AND CONTAINERS, SMALL DOMESTIC UTENSILS AND CONTAINERS, LEATHER AND IMITATED LEATHER GOODS, LUGGAGE, BAGS, UMBRELLAS, COMPUTER EQUIPMENT AND PERIPHERALS, MOBILE PHONE ACCESSORIES, AUDIO AND VISUAL APPARATUS AND INSTRUMENTS, LIGHTING APPLIANCES AND FIXTURES, ELECTRICAL AND ELECTRONIC APPLIANCES, DOMESTIC APPLIANCES, BATHROOM UTENSILS AND CONTAINERS, FURNITURE, MIRRORS, HOME ENTERTAINMENT PRODUCTS, BEDDINGS, CUSHIONS, TEXTILE TOWELS, TOILETRIES, CANDIES, FOODSTUFFS, CALCULATING MACHINES; THE BRINGING TOGETHER, FOR THE BENEFIT OF OTHERS, OF A VARIETY OF GOODS AND SERVICES, ENABLING CUSTOMERS TO CONVENIENTLY VIEW AND PURCHASE THOSE GOODS AND SERVICES FROM AN INTERNET WEB SITE PARTICULARLY SPECIALIZING IN THE MARKETING OF THE SALE OF GOODS AND SERVICES OF OTHERS; WHOLESALE

Reg. No. 4,897,482 AND RETAIL STORE SERVICES FEATURING STATIONERY ARTICLES, CARDS, BOOKS, PHOTOGRAPHS, TOYS AND PLAYTHINGS, HOUSEHOLD PRODUCTS, HOUSEHOLD CLEANING DEVICES, KITCHENWARE, COOKING UTENSILS AND CUTLERY, BRUSHWARE, CLOCKS AND WATCHES, JEWELRY, CHRISTMAS DECORATIONS, CLOTHING, FOOTWEAR AND HEADGEAR, CLOTHING ACCESSORIES, KITCHEN UTENSILS AND CONTAINERS, SMALL DOMESTIC UTENSILS AND CONTAINERS, LEATHER AND IMITATED LEATHER GOODS, LUGGAGE, BAGS, UMBRELLAS, COMPUTER EQUIPMENT AND PERIPHERALS, MOBILE PHONE ACCESSORIES, AUDIO AND VISUAL APPARATUS AND INSTRUMENTS, LIGHTING APPLIANCES AND FIXTURES, ELECTRICAL AND ELECTRONIC APPLIANCES, DOMESTIC APPLIANCES, BATHROOM UTENSILS AND CONTAINERS, FURNITURE, MIRRORS, HOME ENTERTAINMENT PRODUCTS, BEDDINGS, CUSHIONS, TEXTILE TOWELS, TOILETRIES, CANDIES, FOODSTUFFS, CALCULATING MACHINES; SALES PROMOTION SERVICES FOR THIRD PARTIES; ADVERTISING SERVICES, NAMELY, DIRECT MAIL ADVERTISING, DISSEMINATION OF ADVERTISING MATTER, RENTAL OF ADVERTISING SPACES, ON-LINE ADVERTISING ON COMPUTER NETWORK; PUBLICATION OF PUBLICITY TEXTS; BUSINESS MANAGEMENT AND CONSULTANCY SERVICES; COMMERCIAL AND INDUSTRIAL MANAGEMENT ASSISTANCE; ORGANISATION OF EXHIBITIONS AND TRADE FAIRS FOR COMMERCIAL AND ADVERTISING PURPOSES; WINDOW DISPLAY ARRANGEMENT SERVICES; PROMOTION AND MARKETING SERVICES AND RELATED CONSULTING; DEMONSTRATION OF GOODS FOR PROMOTIONAL OR ADVERTISING PURPOSES; IMPORT-EXPORT AGENCIES; SHOP WINDOW DRESSING; RETAIL DEPARTMENTAL STORE; COMMERCIAL ADMINISTRATION OF LICENSING OF THE GOODS AND SERVICES OF OTHERS; BUSINESS MANAGEMENT ADVISORY SERVICES RELATING TO FRANCHISING; PROVISION OF BUSINESS ASSISTANCE IN THE OPERATION AND ESTABLISHMENT OF FRANCHISE; FRANCHISE SERVICES, NAMELY, OFFERING BUSINESS MANAGEMENT ASSISTANCE IN THE ESTABLISHMENT AND OPERATION OF RETAIL OUTLETS AND ON-LINE RETAIL GIFT SHOPS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

PRIORITY CLAIMED UNDER SEC. 44(D) ON HONG KONG APPLICATION NO. 303235284, FILED 12-15-2014, REG. NO. 302208267, DATED 3-30-2012, EXPIRES 3-29-2022.

OWNER OF HONG KONG REG. NO. 303235284, DATED 12-15-2014, EXPIRES 12-14-2024.

THE MARK CONSISTS OF THE DESIGN OF A DUCK FACE.

SER. NO. 86-548,271, FILED 2-27-2015.

HEATHER THOMPSON, EXAMINING ATTORNEY