IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SEMK PRODUCTS LIMITED, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE INDIVIDUALS, CORPORATIONS, ) <br> LIMITED LIABILITY COMPANIES, ) <br> PARTNERSHIPS AND UNINCORPORATED ) <br> ASSOCIATIONS IDENTIFIED ON SCHEDULE ) <br> A HERETO, ) <br> ) <br> Defendants. ) | Case No. 24-cv-2229 <br><br> Judge Matthew F. Kennelly <br><br> Magistrate Judge Sunil R. Harjani |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT NO. 116 "TORASASI"**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff SEMK PRODUCTS LIMITED hereby dismisses without prejudice all causes of action in the complaint as to Defendant No. 116 "TORASASI". As a result, the Preliminary Injunction entered on April 17, 2024 [Dkt. No. 54] no longer applies to this Defendant and the Motion to Vacate the Preliminary Injunction [Dkt. No. 78] is moot. Each party shall bear its own attorney's fees and costs.

The respective Defendant has not filed an answer to the complaint or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1) is appropriate.

Respectfully submitted,

Dated: June 4, 2024       By:      s/Michael A. Hierl
                                                Michael A. Hierl (Bar No. 3128021)
                                                William B. Kalbac (Bar No. 6301771)
                                                Robert P. McMurray (Bar No. 6324332)
                                                Hughes Socol Piers Resnick & Dym, Ltd.
                                                Three First National Plaza
                                                70 W. Madison Street, Suite 4000
                                                Chicago, Illinois 60602
                                                (312) 580-0100 Telephone
                                                mhierl@hsplegal.com

                                                Attorneys for Plaintiff
                                                SEMK PRODUCTS LIMITED

**CERTIFICATE OF SERVICE**

    The undersigned attorney hereby certifies that a true and correct copy of the foregoing Notice of Voluntary Dismissal was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on June 4, 2024.

                                                s/Michael A. Hierl