Subject: Urgent Request for Court Order to Dismiss Case and Unfreeze Walmart Store VOLTENICK

Dear Honorable Matthew F. Kennelly,

BC

I hope this message finds you well. My name is Zhikai Zhou, a Walmart seller based in China. My store, VOLTENICK with Store ID 10001136001, is listed as the defendant in case number 24-cv-2229.

I retained an attorney to negotiate a settlement with the plaintiff. On May 14, 2024, I reached a settlement agreement with the plaintiff and wired $3,000 as the settlement amount. Since then, we have been waiting for the plaintiff to dismiss the case against my store.

On May 31, 2024, the plaintiff informed my attorney that they had received the funds and would confirm the dismissal. However, as of today, the plaintiff has not dismissed the case against my store.



FILED MCP
6/19/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

On June 18, 2024, the plaintiff filed for a default judgment, and my store is included in the default list.

I believe I have fulfilled my obligations under the settlement agreement, but the plaintiff has not dismissed the case. My attorney has persistently contacted the plaintiff, requesting the prompt dismissal of the case, but we have received no response from the plaintiff since June 1, 2024.

I respectfully request the court's intervention in this matter. I kindly ask that the court require the plaintiff to promptly dismiss the case against my store, remove my store from the default list, and notify Walmart to lift the restrictions on my store. Thank you for your attention to this matter.

Sincerely,

Zhikai Zhou